**48**

STATE of Missouri, Respondent,

v.

Maurice E. WRIGHT, Appellant.

No. WD 34911.

Missouri Court of Appeals,
Western District.

Jan. 17, 1984.

Jeffrey K. Rath, Asst. Public Defender, Columbia, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and NUGENT and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from convictions for burglary, § 569.170, R.S.Mo.1978 and stealing, § 570.-030, R.S.Mo.Supp.1982, and concurrent sentences under prior offender provision to five years in the Department of Corrections for the burglary and five months in the county jail for the stealing conviction. Judgment affirmed. Rule 30.25(b).